**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                                                      )<br>              Plaintiff,                   )<br>                                                      )<br>      v.                                            )<br>                                                      )<br>FRANCISO JAVIER QUINTANA )<br>SANTOS  ,                                   )<br>                                                      )<br>              Defendant.                )<br>_____) | SA 08-127M<br><br>ORDER OF DETENTION AFTER HEARING<br>         (18 U.S.C. § 3142(i)) |

I.

A.  ( ) On motion of the Government involving an alleged

    1.  ( )  crime of violence;

    2.  ( )  offense with maximum sentence of life imprisonment or death;

    3.  ( )  narcotics or controlled substance offense with maximum sentence of ten or more years

        (21 U.S.C. §§  801,/951, et. seq.,/955a);

    4.  ( )  felony - defendant convicted of two or more prior offenses described above.

B.  On motion ( ) (by the Government) / ( ) (by the Court sua sponte involving)

    1.  ( X)    serious risk defendant will flee;

    2.  ( )   serious risk defendant will

        a. ( )   obstruct or attempt to obstruct justice;

1        b. ( )    threaten, injure, or intimidate a prospective witness or juror or attempt to do so.

2                                    II.

3     The Court finds no condition or combination of conditions will reasonable assure:

4     A. ( X )    appearance of defendant as required; and/or

5     B. ( ) safety of any person or the community;

6                                    III.

7     The Court has considered:

8     A. ( x) the nature and circumstances of the offense;

9     B. (x) the weight of evidence against the defendant;

10    C. (x) the history and characteristics of the defendant;

11    D. ( ) the nature and seriousness of the danger to any person or to the community.

12                                   IV.

13    The Court concludes:

14    A. ( ) Defendant poses a risk to the safety of other persons or the community because:

15

16    B. (x )     History and characteristics indicate a serious risk that defendant will flee because:

17            **Defendant is undocumented. He has no ties to the community and no bail**

18            **resources.**

19

20    C. ( ) A serious risk exists that defendant will:

21        1. ( )   obstruct or attempt to obstruct justice;

22        2. ( )   threaten, injure or intimidate a witness/ juror; because:

23

24    D. ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption

25           provided in 18 U.S.C. § 3142 (e).

26 ///

27 ///

28 ///

1  ///

2

3     IT IS ORDERED that defendant be detained prior to trial.

4     IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections

5  facility separate from persons awaiting or serving sentences or person held pending appeal.

6     IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private

7  consultation with his counsel.

8

9

10  Dated: March 25, 2008

11                              MARC L. GOLDMAN
                                Marc L. Goldman
12                              U.S. Magistrate Judge